**ORIGINAL**

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
1: 26

CLERK U.S. COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

Denise Steffens,
Plaintiff,

vs

Regus Group, PLC; Regus
Management Group, LLC; Regus
Equity Business Centers, LLC;
Regus Business Center, LLC; HQ
Global Workplaces, LLC; The Regus
Group, PLC; Sande Golgart; Sharon
Edmonson; and Does 1 - 10,
Defendants

**SUMMONS IN A CIVIL ACTION**

Case No.  08 CV 1494 LAB BLM

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Dan Stormer [#101967]/Nagwa Ibrahim [#255216]
HADSELL STORMER KEENY RICHARDSON & RENICK, LLP
128 N. Fair Oaks Avenue, Ste. 204
Pasadena, CA 91103
(626) 585-9600

Susan L. Guinn [#159212]
LAW OFFICE OF SUSAN L. GUINN
4660 La Jolla Village Drive, #500
San Diego, CA 92122
(619) 275-5796

An answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

AUG 2 6 2008

DATE

CLERK
(SEAL) PARIS

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)