Dave Carothers, State Bar No. 125536
Steven A. Micheli State Bar No. 89725
Nancy G. Berner, State Bar No. 227142
CAROTHERS DiSANTE & FREUDENBERGER LLP
4510 Executive Drive
Suite 300
San Diego, California 92121
Telephone: (858) 646-0007
Facsimile: (858) 646-0008
E-Mail: dcarothers@cdflaborlaw.com
        nberner@cdflaborlaw.com

Attorneys for Defendants
REGUS MANAGEMENT GROUP, LLC; HQ GLOBAL
WORKPLACES LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE STEFFENS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>REGUS GROUP PLC; REGUS MANAGEMENT GROUP, LLC; REGUS EQUITY BUSINESS CENTERS, L.L.C.; REGUS BUSINESS CENTER LLC; HQ GLOBAL WORKPLACES LLC THE REGUS GROUP PLC; SANDE GOLGART; SHARON EDMONSON; and, DOES 1-10,<br><br>　　　　Defendants. | Case No. 08 CV 1494 LAB BLM<br><br>Judge: Hon. Larry A. Burns<br><br>**JOINT MOTION FOR BRIEF CONTINUANCE OF TRIAL DATE**<br><br>Action Filed: August 15, 2008 |

　　　Pursuant to the directions of the Court, and based on good cause shown, Defendant Regus Management Group, LLC and Plaintiff Denise Steffens jointly request a brief continuance of the trial date in this matter.

　　　A.　**Summary of Relevant Facts.**

　　　This is an employment case consisting of a single wrongful termination claim. Plaintiff Denise Steffens alleges that she was wrongfully terminated by Regus at the behest of Regional Vice President Sande Golgart. The parties appeared before the Court for a trial setting conference on September 17, 2012. The Court issued a pretrial order setting trial to begin on February 5, 2013.

Each side has been given ten hours to present their case.

On January 10, 2013, while in trial in Los Angeles Superior Court, Defense counsel learned for the first time of a significant calendar conflict, and immediately sought a stipulation from Plaintiff's counsel to jointly seek a brief trial continuance. Plaintiff's counsel agreed, and based on the guidance of the Court, the parties jointly submit this request.

### B. Good Cause Exists for a Brief Continuance of the Trial Date.

Regus' key defense witnesses are Regional Vice President Sande Golgart and Vice President of Human Resources for the Americas, Sharon Edmondson. Regus is an international company, based in the UK, with extensive operations in Europe, Asia, Latin and North America. On January 10, 2013, Defense Counsel learned for the first time that Regus' CEO of the Americas scheduled a _global_ meeting to commence on February 4, 2013. Stakeholders from around the world will attend and extensive travel plans and meeting arrangements have been made. Attendance of senior level management at the meeting is critical. Both Golgart and Edmondson are required to present formal reports.

Golgart and Edmondson are the two key witnesses in Regus' defense. Plaintiff maintains that Golgart decided to terminate her in response to her complaints of unlawful behavior by Regus. To present its defense, Regus must establish that Golgart's decision was proper. Regus will be unduly prejudiced if it is not able to present Golgart's and Edmondson's testimony to present and defend the company's reasons to terminate Steffens' employment. The conflict in dates forces Regus to select between extreme prejudice at trial on the one hand, and significant detrimental impact on Regus' business operations on the other, if two of its senior managers were unable to attend and make formal presentations to its global shareholders.

On January 10, Defense and Plaintiff's counsel agreed to jointly seek a continuance in the trial date, and promptly sought the Court's guidance. The parties have proceeded in good faith and have met and conferred regularly to prepare for trial, in keeping with good practices and the requirements set forth in the pretrial order. Counsel met extensively to prepare joint submissions, and attended private mediation on January 3, 2013. The parties agree that Plaintiff will not be prejudiced by a delay in the trial date.

1 | Counsel has conferred and agreed to dates that accommodate both Defense and Plaintiff
2 | counsels' schedules. Therefore, the parties respectfully request that trial of this matter be continued
3 | to <u>May 2, 2013</u> through <u>May 10, 2013</u>, or as soon thereafter as is convenient for the Court.

Dated: January 14, 2013        Respectfully submitted,

CAROTHERS DiSANTE & FREUDENBERGER LLP
Dave Carothers
Steven A. Micheli
Nancy G. Berner


By: _____<u>/s/  Dave Carothers</u>_____
              Dave Carothers
Attorneys for Defendant
REGUS MANAGEMENT GROUP, LLC; HQ GLOBAL WORKPLACES LLC


Dated: January 14, 2013        HADSELL STORMER RICHARDSON & RENICK, LLP
Dan Stormer
Cindy Panuco


By: _____<u>/s/  Dan Stormer</u>_____
              Dan Stormer
Attorneys for Plaintiff
Denise Steffens

<u>Steffens v. Regus Group, PLC, et al.</u>
**United States District Court, Southern District of California**
*Case No.: '08 CV 1494 LAB (WVG)*

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO.

I, the undersigned, declare that I am employed in the aforesaid County, State of California. I am over the age of 18 and not a party to the within action. My business address is 4510 Executive Drive, Suite 300, San Diego, CA 92121. On January 14, 2013, I served upon the interested party(ies) in this action the following documents described as:

**JOINT MOTION FOR BRIEF CONTINUANCE OF TRIAL DATE**

By placing true and correct copies thereof in PDF format, addressed as stated below for processing by the following method:

Dan Stormer
Cindy Panuco
Hadsell Stormer Richardson & Renick LLP
128 North Fair Oaks Avenue
Pasadena, CA 91103
dstormer@hskrr.com

Steven J. Serratore
S E R R A T O R E L A W
128 North Fair Oaks Avenue
Pasadena, California 91103
steve@serratorelaw.com

Susan Guinn
Law Office of Susan L. Guinn
4660 La Jolla Village Drive, Suite 500
San Diego, CA 92122
sguin1@san.rr.com

☒ **(ELECTRONIC)**
By filing the documents in accordance with General Order No. 550 via electronic filing in accordance with the terms of the Southern District of California Electronic Case Filing Administrative Policies and Procedures governing electronic filing and service by Notice of Electronic Filing generated by the Case Management/Electronic Case Filing system.

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on January 14, 2013, at San Diego, California.

Leslie Rivera Mason
(Type or print name)

(Signature)

Carlton DiSante &
Freudenberger LLP

Case No.: 08 CV 1494 LAB (WVG)
PROOF OF SERVICE