

**Steffens**  08cv1494-LAB-WVG

-v-

**Regus Group, PLC et al**

**DOCUMENT STRICKEN**

**173-Order**

**173**