1  Dave Carothers, State Bar No. 125536
   dcarothers@cdflaborlaw.com
2  CAROTHERS DISANTE & FREUDENBERGER LLP
   4510 Executive Drive, Suite 300
3  San Diego, California 92121
   Telephone: (858) 646-0007
4  Facsimile: (858) 646-0008

5  Attorneys for Defendants

8  **UNITED STATES DISTRICT COURT**

9  **SOUTHERN DISTRICT OF CALIFORNIA**

11 DENISE STEFFENS,                          ) Case No. 08 CV 1494 LAB WVG
                                             )
12         Plaintiff,                        ) Judge: Hon. Larry A. Burns
           vs.                               )
13                                           ) **DEFENDANTS' NOTICE OF**
   REGUS GROUP PLC; REGUS                    ) **APPEAL**
14 MANAGEMENT GROUP, LLC; REGUS              )
   EQUITY BUSINESS CENTERS, L.L.C.;          ) Trial Date: March 18, 2013
15 REGUS BUSINESS CENTER LLC; HQ             )
   GLOBAL WORKPLACES LLC THE                 )
16 REGUS GROUP PLC; SANDE                    )
   GOLGART; SHARON EDMONSON;                 )
17 and, DOES 1-10,                           )
                                             )
18         Defendants.                       )
   _____)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** under Federal Rule of Appellate Procedure 3 that all defendants in the above-named case hereby appeal to the United States Court of Appeals for the Ninth Circuit from the jury verdict (entered March 22, 2013), from an order denying post-trial motions (entered August 16, 2013), from an amended order denying post-trial motions (entered August 19, 2013), and from the final judgment deemed entered thereafter by operation of Federal Rule of Civil Procedure 58(c)(2)(B).

Dated: September 9, 2013          Respectfully submitted,

CAROTHERS DISANTE & FREUDENBERGER LLP


By: /s/ Dave Carothers
        Dave Carothers
Attorneys for Defendants

```
Dave Carothers, State Bar No. 125536
dcarothers@cdflaborlaw.com
CAROTHERS DISANTE & FREUDENBERGER LLP
4510 Executive Drive, Suite 300
San Diego, California 92121
Telephone: (858) 646-0007
Facsimile: (858) 646-0008

Attorneys for Defendants
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE STEFFENS, | Case No. 08 CV 1494 LAB WVG |
| Plaintiff, | Judge: Hon. Larry A. Burns |
| vs. | **DEFENDANTS' REPRESENTATION STATEMENT** |
| REGUS GROUP PLC; REGUS MANAGEMENT GROUP, LLC; REGUS EQUITY BUSINESS CENTERS, L.L.C.; REGUS BUSINESS CENTER LLC; HQ GLOBAL WORKPLACES LLC THE REGUS GROUP PLC; SANDE GOLGART; SHARON EDMONSON; and, DOES 1-10, | Trial Date: March 18, 2013 |
| Defendants. | |

731061.1

1  Under Fed. R. App. P. 12(b) and 9th Cir. R. 3-2(b), the undersigned represents all defendants in this action and no other parties. They are the only appellants in this appeal. Attached is a list showing the parties to the action and identifying their counsel by name, address, telephone number, and email address.

Dated: September 9, 2013          Respectfully submitted,

CAROTHERS DISANTE & FREUDENBERGER LLP


By: /s/ Dave Carothers
       Dave Carothers
Attorneys for Defendants

## List of Parties and Counsel for Parties

**Defendants/Appellants:** REGUS GROUP PLC; REGUS MANAGEMENT GROUP, LLC; REGUS EQUITY BUSINESS CENTERS, L.L.C.; REGUS BUSINESS CENTER LLC; HQ GLOBAL WORKPLACES LLC THE REGUS GROUP PLC; SANDE GOLGART; SHARON EDMONDSON:

**Attorneys for Defendants/Appellants:**

Dave Carothers, dcarothers@cdflaborlaw.com
CAROTHERS DISANTE & FREUDENBERGER LLP
4510 Executive Drive, Suite 300
San Diego, California 92121
Telephone: (858) 646-0007

**Attorneys for Appellants:**

Mitchell C. Tilner, mtilner@horvitzlevy.com
Peder Batalden, pbatalden@horvitzlevy.com
HORVITZ & LEVY LLP
15760 Ventura Blvd., 18th Floor
Encino, CA 91436-3000
Telephone: (818) 995-0800 -


**Plaintiff/Appellee: DENISE STEFFENS:**

**Attorneys for Plaintiff/Appellee:**

Dan Stormer, dstormer@hadsellstormer.com
Cindy Panuco, cpanuco@hadsellstormer.com
HADSELL STORMER RICHARDSON & RENICK LLP
128 North Fair Oaks Ave.
Pasadena, CA 91103-3645
Telephone: (626) 585-9600

Susan L. Guinn, sguin1@san.rr.com
LAW OFFICE OF SUSAN L. GUINN
4660 La Jolla Village Dr., Suite 500
San Diego, CA 92122
Telephone: (619) 275-5796

Steve Serratore, steve@serratorelaw.com
SERRATORE LAW, PC
800 Wilshire Blvd., Suite 500
Los Angeles, CA 90017
Telephone: (213) 622-5087

1  *Steffens v. Regus Group, PLC, et al.*
   *United States District Court, Southern District of California*
2  *Case No.: 08cv1494 LAB (WVG)*

3

## PROOF OF SERVICE

4

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

5

6  I, the undersigned, declare that I am employed in the aforesaid County, State of California. I am over the age of 18 and not a party to the within action. My business address is 4510 Executive Drive, Suite 300, San Diego, California 92121. On September 9, 2013, I caused to be served upon the interested party(ies) in this action the following documents described as:

**DEFENDANTS' NOTICE OF APPEAL and DEFENDANTS' REPRESENTATION STATEMENT**

By causing to be transmitted to the below-identified individuals for processing by the following method:

☒ **(ELECTRONIC)**
By filing the documents in accordance with General Order No. 550 via electronic filing in accordance with the terms of the Southern District of California Electronic Case Filing Administrative Policies and Procedures governing electronic filing and service by Notice of Electronic Filing generated by the Case Management/Electronic Case Filing system.

| | |
|---|---|
| Dan Stormer<br>Hadsell Stormer Richardson & Renick LLP<br>128 North Fair Oaks Avenue<br>Pasadena, CA 91103 | Susan Guinn<br>Law Office of Susan L Guinn<br>4660 La Jolla Village Drive, Suite 500<br>San Diego, CA 92122 |

Steven J. Serratore
SERRATORE LAW
800 Wilshire Blvd., Suite 500
Los Angeles, CA 90017

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on September 9, 2013, at San Diego, California.

_____          _____*(signature)*_____
Janice James                          (Signature)
(Type or print name)

CARLTON DiSANTE &
FREUDENBERGER LLP

731649.1