FILED

FEB 26 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DENISE STEFFENS,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>REGUS GROUP, PLC; et al.,<br><br>　　　　Defendants - Appellants. | No. 13-56572<br><br>D.C. No. 3:08-cv-01494-LAB<br>Southern District of California,<br>San Diego<br><br>ORDER |

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

　　　　　　　　　　　　　　　　FOR THE COURT:


　　　　　　　　　　　　　　　　By: Lisa Jaye
　　　　　　　　　　　　　　　　Circuit Mediator


lj/mediation